UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY A. TURNER, | Civil No. 3:08-cv-5572-BHS |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

The Court hereby enters JUDGMENT that this case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) as noted in this Court's ORDER.

DATED this 10th day of February, 2009.

BENJAMIN H. SETTLE
United States District Judge

JUDGMENT