# United States District Court

### WESTERN DISTRICT OF WASHINGTON

NANCY ANN TURNER

v.

MICHAEL ASTRUE
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5572BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $6,934.68 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,543.43 that previously were awarded, leaving a net fee of $3,391.25.  When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $3,391.25, minus any applicable process fees as allowed by statute.

____September 16, 2010____
Date

____BRUCE RIFKIN____
Clerk

____*s/CM Gonzalez*____
Deputy Clerk